# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| KARL L. DAHLSTROM | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 4:15-CV-384 |
| RICHARD DAWKINS AND | § | (Judge Mazzant/Judge Nowak) |
| THE RICHARD DAWKINS | § | |
| FOUNDATION FOR REASON | § | |
| AND SCIENCE. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 20, 2015, the report of the Magistrate Judge (Dkt. #11) was entered containing proposed findings of fact and recommendations that Defendants Richard Dawkins and The Richard Dawkins Foundation for Reason and Science's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) (Dkt. #7) and Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6) (Dkt. #8) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Richard Dawkins and The Richard Dawkins Foundation for Reason and Science's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) (Dkt. #7) and Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6) (Dkt. #8) are **GRANTED,** and Plaintiff's claims are dismissed with prejudice.

All relief not previously granted is **DENIED**.  The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

**SIGNED this 6th day of January, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE